UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Mulligan Funding LLC,

                    Plaintiff,

   -against-

Tommy Interior Contracting Corp.,
Thanas Pando,

                    Defendants.
---------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

23-CV-8808 (RER) (JAM)

**RAMÓN E. REYES, JR., United States District Judge:**

In a report and recommendation dated November 11, 2024, (ECF No. 25 (the "R&R")), Magistrate Judge Joseph A. Marutollo recommended that the Court grant Plaintiff's second motion for default against Defendant Thanas Pando ("Pando"). (R&R at 1). Plaintiff's earlier motion for default was previously granted with respect to Defendant Tommy Interior Contracting Corp. (R&R at 1–2).

Judge Marutollo advised the parties that they had 14 days from the date of the R&R to file objections. (*Id.*). To date, neither party has filed an objection. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, this action is dismissed without prejudice.

      The Clerk of Court is respectfully directed to enter judgment against defendants Tommy Interior Contracting Corp. and Thanas Pando in the amount of $169,594.45 plus post-judgment interest pursuant to 28 U.S.C. §1961, and thereafter close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
RAMÓN E. REYES, JR.
United States District Judge

Dated: February 10, 2025
       Brooklyn, NY